# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Humberto ALVAREZ-Chio**<br>AKA:<br>JAE          YOB: 1988<br>Mexico<br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number:     M-19-0900-M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 20, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title __8__ United States Code, Section(s) __1326__     __(Felony)__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On April 20, 2019, Humberto ALVAREZ-Chio a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on April 22, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the third (3rd) time on July 3, 2018 via the San Ysidro, California Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about February 18, 2019 by wading the Rio Grande River at or near Roma, Texas. On August 18, 2017, the defendant was convicted of 8 USC 1326 Being found in the United States after previous deportation and sentenced to twenty one (21) months to the custody of the United States Bureau of Prisons.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint approved by AUSA *David A. Lindenmuth*

*4/23/19*

Sworn to before me and subscribed in my presence,

**Signature of Complainant**

**Ernesto Alvarado**
**Printed Name of Complainant**

**April 23, 2019 — 8:33 a.m.**           at   **McAllen, Texas**
**Date**                                       **City and State**

**Juan F. Alanis           U.S. Magistrate Judge**
**Name and Title of Judicial Officer**         **Signature of Judicial Officer**